**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

RODNEY WELLS,                    :   No. 25 EM 2022
                                 :
                  Petitioner     :
                                 :
                                 :
           v.                    :
                                 :
                                 :
SUPERINTENDENT RANSOM,           :
                                 :
                  Respondent     :

## ORDER

**PER CURIAM**

    **AND NOW**, this 18th day of July, 2022, the Petition "for Assumption of Jurisdiction and Extraordinary Relief" is DENIED.